**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Historic Beaufort Foundation, Appellant,

v.

City of Beaufort, City of Beaufort Historic District Review Board, and The Beaufort Inn, LLC, Respondents.

AND

West Street Farms, LLC and Mix Farms, LLC, Appellants,

v.

City of Beaufort, City of Beaufort Historic District Review Board, and The Beaufort Inn, LLC, Respondents.

Appellate Case No. 2022-000300

Appeal From Beaufort County
Bentley Price, Circuit Court Judge

Unpublished Opinion No. 2024-UP-372
Heard September 24, 2024 – Filed October 30, 2024

**AFFIRMED**

John A. Massalon and Carissa Steichen Land, both of

Wills Massalon & Allen, LLC, of Charleston, for Appellant Historic Beaufort Foundation.

W. Andrew Gowder, Jr., of Austen & Gowder, LLC, of Charleston, for Appellants West Street Farms, LLC and Mix Farms, LLC.

Alexis Kaylor Lindsay and Virginia Patterson Bozeman, both of Pope Flynn, LLC, of Columbia, for Respondents City of Beaufort and City of Beaufort Historic District Review Board.

Benjamin Edward Nicholson, V and Glenn Wade Leach, III, both of Burr & Forman, LLP, of Columbia, for Respondent The Beaufort Inn, LLC.

---

**PER CURIAM:**  Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: S.C. Code Ann. § 6-29-900(A) (Supp. 2024) ("A person who may have a substantial interest in any decision of the board of architectural review or any officer, or agent of the appropriate governing authority may appeal from any decision of the board to the circuit court in and for the county by filing with the clerk of court a petition in writing setting forth plainly, fully, and distinctly why the decision is contrary to law.  The appeal must be filed within thirty days after the affected party receives actual notice of the decision of the board of architectural review."); *Mead v. Beaufort Cnty. Assessor*, 419 S.C. 125, 139, 796 S.E.2d 165, 172–73 (Ct. App. 2016) ("When an appellant provides no legal authority regarding a particular argument, the argument is abandoned and the court can decline to address the merits of the issue."); *Glasscock, Inc. v. U.S. Fid. & Guar. Co.*, 348 S.C. 76, 81, 557 S.E.2d 689, 691 (Ct. App. 2001) ("[S]hort, conclusory statements made without supporting authority are deemed abandoned on appeal and therefore not presented for review."); *Taylor v. Taylor*, 294 S.C. 296, 299, 363 S.E.2d 909, 911 (Ct. App. 1987) ("The burden is on the appellant to furnish a sufficient record on appeal from which this court can make an intelligent review.").

**AFFIRMED.**

**WILLIAMS, C.J., and KONDUROS and GEATHERS, JJ., concur.**